Case 1:08-cr-00007     Document 1     Filed 02/06/2008     Page 1 of 5   F I L E D
Clerk
District Court

FEB -6 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT
## DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES of AMERICA, ) | Case No.: CR 08 - 00007 |
| Plaintiff, ) | |
| ) | **AFFIDAVIT IN SUPPORT OF** |
| v. ) | **COMPLAINT AND WARRANT** |
| ) | **OF ARREST** |
| CHEN, Guang Jing ) | |
| Defendant. ) | |

I, DANIEL G. HOLCOMB, a Special Agent with the Drug Enforcement Administration ("DEA"), after being duly sworn, depose and say as follows:

1.      I am a Special Agent with the DEA and have been for about eight and one-half years. I am assigned to the DEA's Saipan office, located in the Commonwealth of the Northern Mariana Islands. The following is based on my own investigation or on information that was provided to me by other law enforcement officers who participated in and are familiar with this investigation.

2.      On February 1, 2008, at approximately 6:00 p.m., DEA Task Force Officer ("TFO") Daniel Punimata was purchasing a drink at a store in San Antonio Village, Saipan. As TFO Punimata left the store, he saw CHEN Guang Jing walking along a gravel road by the store. TFO Punimata knew from his participation in the investigations being conducted by the DEA's Saipan office that CHEN was the target of an ongoing methamphetamine-trafficking investigation.

3.     TFO Punimata drove his vehicle to where CHEN was walking, and TFO Punimata asked CHEN if he remembered him (TFO Punimata). CHEN replied, "No." TFO Punimata then told CHEN that he (TFO Punimata) wanted to purchase crystal methamphetamine, or "ice," from CHEN. CHEN replied, "Nothing now." TFO Punimata knew from his training and experience that CHEN's statement indicated that CHEN did not have any methamphetamine to sell to TFO Punimata at that time.

4.     TFO Punimata then asked CHEN if he (CHEN) had a cellular telephone where TFO Punimata could call him. CHEN said no. TFO Punimata told CHEN that he (TFO Punimata) was getting a "large check" on Monday and wanted to buy one gram of methamphetamine from CHEN. TFO Punimata asked CHEN to call him on Monday, February 4, 2008. TFO Punimata then wrote down his cellular telephone number with the name "Dion," handed the paper to CHEN and left the area.[1]

5.     On February 4, 2008, at approximately 3:30 p.m., TFO Punimata received a telephone call from CHEN, who was using telephone number (670) 234-2185. CHEN asked TFO Punimata if he had the money that he (TFO Punimata) had referred to on February 1, 2008. TFO Punimata told CHEN that he did not have the money but expected to have the money on February 5, 2008. TFO Punimata then asked CHEN if he (CHEN) would give him (TFO Punimata) a good deal on one gram of methamphetamine. CHEN told TFO Punimata "4-5," which TFO Punimata knew was a reference to $450. TFO Punimata then agreed to CHEN's price of $450 for one gram of methamphetamine, and he told CHEN to call him the following day at the same time.[2]

---

[1]     Because of the spontaneous nature of the meeting between CHEN and TFO Punimata, TFO Punimata was not equipped with any kind of recording device. Therefore, the meeting between CHEN and TFO Punimata on February 1, 2008, was not recorded.

[2]     Because CHEN did not provide a telephone number to TFO Punimata on February 1, 2008, TFO Punimata did not know when he answered his telephone that he was receiving a call from CHEN. Therefore, TFO Punimata was unable to prepare the audio recording equipment necessary to record this telephone call, and no recording was made.

6.    On February 5, 2008, at approximately 4:15 p.m., TFO Punimata received a telephone call from CHEN, who was again using telephone number (670) 234-2185. TFO Punimata and SA Daniel Holcomb recorded this telephone conversation. During the conversation, CHEN again asked TFO Punimata if he had money. TFO Punimata told CHEN that he was at the Bank of Hawaii in Gualo Rai, Saipan, picking up the money. CHEN told TFO Punimata that he (CHEN) had the one gram of methamphetamine, and TFO Punimata confirmed with CHEN that the price for the one gram was still $450. TFO Punimata and CHEN then agreed to meet at the same store in San Antonio, Saipan, where TFO Punimata first encountered CHEN on February 1, 2008.

7.    Surveillance officers then equipped TFO Punimata with digital recording and transmitting devices, and they provided TFO Punimata with $500 of official funds to purchase the one gram of methamphetamine from CHEN. Surveillance officers then followed TFO Punimata to the convenience store located immediately north of the Sunleader Store in San Antonio Village, Saipan.

8.    When TFO Punimata arrived at the store, he parked in the parking lot. At approximately 4:30 p.m., surveillance officers saw CHEN walk up to TFO Punimata's vehicle and get into the passenger seat of the car. CHEN then directed TFO Punimata to drive out of the parking lot by pointing across the street. TFO Punimata then drove across Beach Road towards the Herjoy Apartment building, followed by surveillance officers. As TFO Punimata drove, CHEN continued to point TFO Punimata in different directions. As CHEN continued to point to where he wanted TFO Punimata to drive, he (CHEN) attempted to grab the $500 of official funds from TFO Punimata. At CHEN's direction, TFO Punimata stopped in front of the San Antonio Elementary School parking lot.

9.    After TFO Punimata and CHEN stopped in front of the elementary school, CHEN asked TFO Punimata for the money. TFO Punimata told CHEN that he (CHEN) could not have the money until CHEN gave TFO Punimata the methamphetamine. CHEN then reached into his pants pocket and a removed a small plastic bag that contained a crushed, glass-

3

like substance that TFO Punimata recognized as methamphetamine. TFO Punimata then handed CHEN the $500 of official funds, which CHEN put in his left-front pants pocket.

10.    TFO Punimata and CHEN then drove back towards Beach Road. When TFO Punimata stopped his vehicle at a stop sign near the YTT Gold Store, located on Beach Road in San Antonio Village, CHEN got out of the passenger seat of TFO Punimata's vehicle and began to walk south on Beach Road. TFO Punimata then gave a pre-arranged arrest signal to surveillance officers. Surveillance officers then surrounded CHEN and arrested him. Surveillance officers transported CHEN to the DEA's Saipan office.

11.    At the DEA office, Sgt. Rangamar and TFO Celes searched CHEN and found the $500 of official funds given to CHEN by TFO Punimata, in CHEN's left-front pants pocket. Sgt. Celes also field-tested and weighed the crushed, glass-like substance that CHEN sold to TFO Punimata. The substance field-tested positive for methamphetamine and weighed 1.5 grams.

12.    SA Holcomb then read CHEN his Miranda warning through Dennis Tse, a Mandarin-language interpreter. CHEN stated that he understood the Miranda warning. CHEN signed a Mandarin-language waiver of rights and agreed to answer questions. CHEN stated that on February 1, 2008, he knew that TFO Punimata was attempting to purchase one gram of methamphetamine from him. CHEN also stated that when he called TFO Punimata on February 4, 2008, he was attempting to determine if TFO Punimata had obtained the money that he needed to purchase one gram of methamphetamine. CHEN also stated that when he called TFO Punimata on February 5, 2008, he was attempting to determine if TFO Punimata obtained the money that he needed to purchase one gram of methamphetamine. CHEN also stated that when he agreed to meet TFO Punimata at the store in San Antonio Village, Saipan, CHEN knew it was for the purpose of delivering one gram of methamphetamine to TFO Punimata. CHEN also stated that he knew that the crushed, glass-like substance that he delivered to TFO Punimata on February 5, 2008, was methamphetamine.

1    13.    Based on the foregoing information, there is probable cause to believe that

2  HUANG has violated 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

3

4                                         DANIEL G. HOLCOMB, Special Agent
                                          Drug Enforcement Administration

5

6

7  SUBSCRIBED and SWORN to before me this 5 day of February, 2008.

8

9  DAVID WISEMAN
   DESIGNATED JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25