FILED
Clerk
District Court
FEB -6 2008
For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES of AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHEN, Guang Jing <br><br> Defendant. | Case No.: CR 08-00007 <br><br> **COMPLAINT** <br><br> 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) <br> Distribution of a Controlled Substance <br> (Count 1) |

On information and belief, as stated in the supporting Affidavit, the undersigned states:

### COUNT 1

(Distribution of a Controlled Substance)

That on or about February 5, 2008, in the District of the Northern Mariana Islands, CHEN, Guang Jing, the defendant, did knowingly and intentionally distribute a controlled substance, to wit, approximately 1.5 grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

_____
BEVERLY R. MCCALLUM
Assistant U.S. Attorney