AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF ___the Northern Mariana Islands___

UNITED STATES OF AMERICA,

    Plaintiff,

V.

CHEN, GUANG JING,

    Defendant.

**WARRANT FOR ARREST**

CASE NUMBER: **CR 08 – 00007**

FILED
Clerk
District Court

FEB -6 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **CHEN, GUANG JING**
                                              Name

and bring him forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him with (brief description of offense)

**Distribution of Methamphetamine**

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__

and in violation of Title __21__ United States Code, Section (s) __841(b)(1)(C)__

| HONORABLE DAVID WISEMAN | DESIGNATED JUDGE, DISTRICT COURT OF THE NMI |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | SAIPAN, CNMI |
| Signature of Issuing officer | Date and Location |
| Bail fixed at $ _NO BAIL_ | by [signature] |
| | Name of Judicial Officer |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

San Antonio, MTT

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 2-5-08 | On behalf of DEA | [signature] |
| DATE OF ARREST | S/A Don Holcomb | |
| 2-5-08 | W. Calvert CDUSM D/NMI | CDUSM #3056 |