# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

*********************************************************************

CR-08-00007                                                                February 6, 2008
                                                                                    10:20 a.m.

### UNITED STATES OF AMERICA  -vs- CHEN, GUANG JING

PRESENT:    HON. DAVID A. WISEMAN, DESIGNATED JUDGE  PRESIDING
            TINA P. MATSUNAGA, DEPUTY CLERK
            SANAE N. SHMULL, COURT REPORTER
            BEVERLY McCALLUM, ASSISTANT U.S. ATTORNEY
            CHEN, GUANG JING, DEFENDANT

PROCEEDINGS:   INITIAL APPEARANCE

Assistant U.S. Attorney Beverly McCallum appeared on behalf of the Government. Defendant was present in court.  Also present were U.S. Probation Officer, Melinda Brunson and FBI Special Agent, Daniel Holcomb.

Court-appointed Interpreter Shu Qin Shi aka Gean Shi, appeared as translator of the Mandarin language for the defendant.

Defendant was examined as to his understanding of his constitutional rights, his right to trial and his understanding of the proceedings.  Court found the defendant to be indigent and ordered that counsel be appointed for him.

Assistant U.S. Attorney Beverly McCallum requested for the detention of the defendant and asked the Court to continue the case for a Detention Hearing.

Court set the Detention Hearing for Thursday, February 7, 2008 at 10:30 a.m.

Court remanded the defendant back into the custody of the U.S. Marshal until further order of the Court.

                                                            Adjourned at 10:30 a.m.


                                                            /s/Tina P. Matsunaga, Deputy Clerk