# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CR-08-00007                                                                                    February 7, 2008
                                                                                                     11:05 a.m.

**UNITED STATES OF AMERICA  -vs- CHEN, GUANG JING**

PRESENT:    HON. DAVID A. WISEMAN, DESIGNATED JUDGE PRESIDING
            TINA P. MATSUNAGA, DEPUTY CLERK
            SANAE N. SHMULL, COURT REPORTER
            BEVERLY McCALLUM, ASSISTANT U.S. ATTORNEY
            KELLEY BUTCHER, COURT-APPOINTED COUNSEL FOR DEFENDANT
            CHEN, GUANG JING, DEFENDANT

PROCEEDINGS:   DETENTION HEARING

This matter came before the Court for a Detention Hearing. Assistant U.S. Attorney Beverly McCallum appeared on behalf of the Government. Defendant appeared with court-appointed counsel Kelley Butcher. Also present were U.S. Probation Officer, Melinda Brunson and FBI Special Agent, Daniel Holcomb.

Shu Qin Shi aka Gean Shi, appeared as translator/interpreter of the Mandarin language for the defendant.

Attorney Kelley Butcher requested the Court proceed with the Detention Hearing and set a date for a Preliminary Examination Hearing.

Assistant U.S. Attorney Beverly McCallum argued that the defendant be detained due to the defendant being a flight risk with no legal ties to the community.

Defense stated that the determination as to the detention of the defendant be under the discretion of the Court and that the defendant did not wish to waive the right to a preliminary examination. Attorney Kelley Butcher also stated that the defendant would reserve the right to a bail modification hearing at a later date.

Court found that there was probable cause to detain the defendant. Court set the bail for defendant's release at $100,000.00 cash and upon the approval of a third-party custodian. Defendant would also be subject to electronic monitoring. The Court ordered the defendant not to leave the island of Saipan without prior written permission from the Court. Upon release, the government shall prepare a brief memo and attach a photo of defendant to be distributed to the airline agents on Saipan. All other standard release conditions would apply.

The government requested the Court for verification as to the defendant's understanding of

the proceedings through it's interpreter.  Defendant through his attorney, acknowledged his understanding.

Court set the matter for a **Preliminary Examination** Hearing on **Thursday**, **February 14, 2008** at **10:30 a.m.**

Court remanded the defendant back into the custody of the U.S. Marshal pending further order of the Court.

Adjourned at 11:20 a.m.

/s/Tina P. Matsunaga, Deputy Clerk