MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

CR-08-00007                                                             February 14, 2008
                                                                        10:50 a.m.

**U.S.A. -v- GUANG JING CHEN**

PRESENT:   HON. DAVID A. WISEMAN, DESIGNATED JUDGE PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE N. SHMULL, COURT REPORTER
           BEVERLY MC CALLUM  ASSISTANT U.S. ATTORNEY
           KELLY BUTCHER, COURT APPOINTED COUNSEL
           GUANG JING CHEN, DEFENDANT

PROCEEDINGS: PRELIMINARY EXAMINATION

   Defendant **GUANG JING CHEN** appeared with court appointed counsel, Attorney Kelly Butcher.  Government was represented by Beverly McCallum, AUSA.  Also present was DEA Agent Daniel Holcomb and U.S. Probation Officer Melinda Brunson.

   Jean Shi was present and sworn as interpreter/translator.

   Government called witness:

   DANIEL HOLCOMB (DEA Agent). DX.  CX by Attorney Butcher.

   Government argued that there was sufficient evidence to find probable cause that a crime had been committed.

   Court did find probable cause that a crime had been committed and that the defendant had committed that crime.  Court remanded the defendant back into the custody of the U.S. Marshal.

   Further, Court set an initial appearance for the defendant at 9:00 a.m. on February 21, 2008.

                                                        Adj. 11:10 a.m.
                                                        /s/K. Lynn Lemieux, Court Deputy